**Newark Express & Transportation Co., Inc., Libelant, v. Steam Tug PASSAIC; Newark & New York Towboat Co., Claimant-Appellee, and Erie R. Co., Respondent-Impleaded-Appellant.**

Circuit Court of Appeals, Second Circuit. June 16, 1927.

No. 298.

Appeal from the District Court of the United States for the Eastern District of New York.

Leo J. Curren, of New York City, for appellant.

Foley & Martin, of New York City (Wm. J. Martin, of New York City, of counsel), for the Passaic.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan, of New York City, of counsel), for libelant-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (21 F.[2d] 80) affirmed, with costs.